UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HORACE BRABHAM,

                Plaintiff,

– against –

PEACE OF MIND TECHNOLOGIES, LLC. *and* JUSTWORKS EMPLOYMENT GROUP LLC,

                Defendants.

**ORDER**

24-cv-8232 (ER)

    The Court is in receipt of the Mediator's report that agreement was reached on all issues. As such, the parties are directed to submit their settlement agreement for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) by April 9, 2025.

    It is SO ORDERED.

Dated:  March 26, 2025
          New York, New York

_____
Edgardo Ramos, U.S.D.J.