# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**MEMO ENDORSED**

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

> The application is __x__ granted
> ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ___4/11/2025___
> New York, New York

**Via ECF**

Hon. Edgardo Ramos, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

Re: <u>Brabham v. Peace of Mind Technologies, LLC et al</u><br>
Case No. 24-CV-08232 (ER)(JW)<br>
<b>Motion for Extension of Time</b>

Dear Judge Ramos:

    My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the April 9, 2025 deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers. No prior requests for an extension of this deadline was made.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:    Defense Counsel via ECF