# MEMO ENDORSED

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**  Tel: **718-740-1000**
Email: abdul@abdulhassan.com  Fax: **718-740-2000**
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

April 23, 2025

**Via ECF**

Hon. Edgardo Ramos, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<u>Re: **Brabham v. Peace of Mind Technologies, LLC et al**</u>
   Case No. 24-CV-08232 (ER)(JW)
   **Motion for Extension of Time**

Dear Judge Ramos:

 My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the April 23, 2025 deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers. One prior request for an extension of this deadline was made.

 I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:   Defense Counsel via ECF

---

The application is  **X**   granted
                    ____ denied

*[signature]*
Edgardo Ramos, U.S.D.J
Dated: ___4/24/2025____
New York, New York

---

1