# MEMO ENDORSED

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　　Web: www.abdulhassan.com

May 7, 2025

**Via ECF**

Hon. Edgardo Ramos, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

　　　　　　　　Re: <u>Brabham v. Peace of Mind Technologies, LLC et al</u>
　　　　　　　　　　Case No. 24-CV-08232 (ER)(JW)
　　　　　　　　　　**Motion for Extension of Time**

Dear Judge Ramos:

　　My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the May 7, 2025 deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers – the parties are working through some Cheeks issues. Two prior requests for an extension of this deadline were made and granted.

　　I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

　/s/ Abdul Hassan＿＿＿＿＿＿
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**　　**Defense Counsel via ECF**

---

The application is __X__ granted
　　　　　　　　　____ denied

*/s/ Edgardo Ramos/*
Edgardo Ramos, U.S.D.J
Dated: ___5/9/2025___
New York, New York

1