# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**  
Email: abdul@abdulhassan.com  
*Employment and Labor Lawyer*

Tel: 718-740-1000  
Fax: 718-740-2000  
Web: www.abdulhassan.com

June 20, 2025

**Via ECF**

Hon. Edgardo Ramos, USDJ  
United States District Court, SDNY  
40 Foley Square  
New York, NY 10007

Re: <u>Brabham v. Peace of Mind Technologies, LLC et al</u>  
Case No. 24-CV-08232 (ER)(JW)  
**Motion for Extension of Time**

Dear Judge Ramos:

    My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the June 20, 2025 deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers – the parties are working through some *Cheeks* issues. If the disagreements continue, we may need to seek the Court's intervention. Four prior requests for an extension of this deadline were made and granted.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan  
By: Abdul K. Hassan, Esq. (AH6510)  
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF

---

**MEMO ENDORSED**

The request is granted. Plaintiff's deadline to file his motion for settlement approval is July 4, 2025.

SO ORDERED.

/s/ Edgardo Ramos, U.S.D.J.  
Dated: June 22, 2025  
New York, New York

1